UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOMERVILLE AUTO TRANSPORT SERVICE, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 09-10411-JLT |
| AUTOMOTIVE FINANCE CORPORATION, DOLORES MILLIGAN, CHRIS DOE, ROBSON MERCIANO, and ADESA, INC. | * * * * | |
| Defendants. | * | |

ORDER

March 4, 2010

TAURO, J.

     For the reasons set forth in the accompanying memorandum, this court hereby orders that Defendants Automotive Finance Corporation, ADESA, Inc., and Dolores Milligan's Motion to Dismiss [#13] is ALLOWED on the grounds that the forum-selection clause requires that the Plaintiff bring suit in Marion County, Indiana. Plaintiff's claims against the above-listed Defendants are dismissed without prejudice to Plaintiff's ability to bring these claims in a court where venue is appropriate.

IT IS SO ORDERED.

                                                                    /s/ Joseph L. Tauro
                                                  United States District Judge